*Atkinson Brothers,* for plaintiff in error.

*Mitchell & Farrand,* for defendants in error.

---

### George Carroll v. Grand Trunk R. R. Co.

*Report of Referee : Consequences of defective finding.* When a report of a referee is so defective that the Court is unable to ascertain the merits of the case the judgment will be reversed and a new trial granted.

*Heard and decided July 12.*

Error to St. Clair Circuit.

This was an action of trover for a quantity of wood. The case was referred to a referee, and on the coming in of his report judgment was rendered by the Court below in favor of defendant ; which judgment is brought into this Court by writ of error.

THE COURT held the report to be too defective to authorize the entry of any judgment ; and for that reason reversed the judgment and granted a new trial.

*Atkinson Brothers,* for plaintiff in error.

*Wm. T. Mitchell - and E. W. Meddaugh,* for defendant in error.